**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARIA AGUILAR VALLE,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security<br>Administration,<br><br>      Defendant. | Case No. CV 05-1551 CW<br><br>AMENDED ORDER RE: PETITION<br>FOR ATTORNEY'S FEES PURSUANT TO<br>42 U.S.C. § 406(b) |

    The court's previous order granting plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) [docket no. 26, June 30, 2008] is hereby amended as follows:  plaintiff's counsel is ordered to reimburse plaintiff in the amount of $3,400.00 (three thousand four hundred dollars), representing attorney's fees awarded under the Equal Access to Justice Act.  **IT IS SO ORDERED.**

DATED: July 16, 2008

                                            _____/s/_____
                                               CARLA M. WOEHRLE
                                        United States Magistrate Judge